IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVE SLOTTER,

  Plaintiff,

  v.

COMCAST CORPORATION,

  Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-215-TWT

**ORDER**

    This is a pro se action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action for want of prosecution. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

    SO ORDERED, this 6 day of December, 2016.

                      /s/Thomas W. Thrash
                      THOMAS W. THRASH, JR.
                      United States District Judge